■ FRANK M. DENNING, Respondent, v. MARY O. DENNING, Appellant.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ. [See *ante,* p. 741.]

■ MEYER H. LIPSCHUTZ et al., Respondents, v. HYMAN KRINOVITZ, Appellant.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ. [See *ante,* p. 749.]

## (March 23, 1956)

■ PEARL MUTHIG, Respondent, v. CHARLES MUTHIG, Appellant.— Decision dismissing appeal in this matter handed down March 21, 1956, is hereby vacated and set aside. The motion is continued and adjourned until April 2, 1956. The court assumed when it decided this motion that the papers thereon were complete. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante,* p. 909.]

## FOURTH DEPARTMENT, MARCH, 1956

## (MARCH 7, 1956)

■ GRACE DEL VECCHIO, Appellant, v. VAN TRANSPORT LINES, INC., et al., Respondents.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Onondaga County Court for plaintiff for $50, in an automobile negligence action. The order denied plaintiff's motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ AMERICAN MAID FOOTWEAR, INC., Appellant, v. PIERCE & STEVENS, INC., Respondent.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Erie Special Term making as a condition for the granting of plaintiff's motion for leave to discontinue without prejudice, the execution of a stipulation acknowledged by plaintiff that any actions hereinafter commenced upon the causes of action alleged in plaintiff's complaint shall be brought in Erie County.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ ANNA E. CLARK, Appellant, v. ROCHESTER TRANSIT CORPORATION, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe Trial Term dismissing the complaint at the close of plaintiff's case in a bus line negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ LOUISE DICK, as Administratrix of the Estate of EDWIN DICK, Deceased, Plaintiff, v. SEMET-SOLVAY DIVISION, ALLIED CHEMICAL & DYE CORPORATION, Defendant and Third-Party Plaintiff-Appellant. OLIVER B. CANNON & SON, INC., Third-Party Defendant-Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Erie Special Term dismissing the third-party complaint, in a negligence action. The order granted motion by the third-party defendant to dismiss.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.